# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTIS LEE TANNER. *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>     Defendants. | Case No. 2:24-cv-01841-JAD-NJK<br><br>**Order** |

Otis Lee Tanner brought this lawsuit on behalf of his minor child, O.T. Docket No. 1 at 6. An attorney has not appeared on behalf of Plaintiffs. The Ninth Circuit has held that a parent or guardian cannot litigate a case on behalf of a minor child without retaining a lawyer. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).[1] Accordingly, Plaintiffs must retain a lawyer and that lawyer must file a notice of appearance by November 4, 2024. <u>Failure to comply with this order may result in dismissal of the representative claims.</u> *See Johns*, 114 F.3d at 877.

IT IS SO ORDERED.

Dated: October 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The same is true in Nevada state court, *see Williams v. State*, 480 P.3d 269 (Nev. App. 2021) (unpublished), where this case was initially filed.