# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| O.T., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01841-JAD-NJK<br><br>**Order**<br><br>[Docket No. 5] |

Pending before the Court is Defendants' motion to extend the deadline to respond to the complaint. Docket No. 5.

The current deadline to respond to Plaintiffs' complaint was October 9, 2024. Defendants seek an extension of up to 14 days after Plaintiffs comply with the Court's order to retain counsel. Docket No. 5 at 2; *see also* Docket No. 4. Defendants submit that they intend to respond to the complaint by "filing a responsive pleading that will likely lead to motion practice." Docket No. 5 at 2. Defendants do not, however, explain how Plaintiffs' deadline to retain counsel has any bearing on their required timeline for serving a responsive pleading.

Accordingly, the Court **DENIES** the motion to extend deadline to respond to the complaint. Docket No. 5. Defendants are **ORDERED** to answer or otherwise respond to Plaintiffs' complaint by October 17, 2024.

IT IS SO ORDERED.

Dated: October 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1