# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| O.T., *et al.*,<br>    Plaintiffs,<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br>    Defendants. | Case No. 2:24-cv-01841-JAD-NJK<br>**Order**<br>[Docket No. 11] |

On October 3, 2024, the Court ordered Plaintiffs to retain counsel to represent the minor Plaintiff and have that attorney file a notice of appearance by November 4, 2024.  Docket No. 4.  Plaintiffs seek a two-week extension of that deadline as their newly retained counsel is out of the country until November 10, 2024.  Docket No. 11 at 1, 3.  In light of the circumstances, good cause has been shown for a 14-day extension.

Accordingly, the motion to extend is **GRANTED**.  Docket No. 11.  Plaintiffs' attorney must file a notice of appearance by November 18, 2024.

IT IS SO ORDERED.

Dated: November 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1