**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OTIS LEE TANNER. *et al.*, | Case No. 2:24-cv-01841-JAD-NJK |
| Plaintiffs, | **Order** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

On November 5, 2024, the Court granted Plaintiffs' request for an extension and ordered Plaintiffs' attorney to file a notice of appearance by November 18, 2024. Docket No. 12. Plaintiffs' attorney failed to do so. Accordingly, Plaintiffs' attorney must file a notice of appearance by November 26, 2024. <u>Failure to comply with this order may result in dismissal of the representative claims.</u> *See Johns*, 114 F.3d at 877.

IT IS SO ORDERED.

Dated: November 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge