# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTIS LEE TANNER, *et al.*, <br>     Plaintiffs, <br> v. <br> CLARK COUNTY SCHOOL DISTRICT, *et al.*, <br>     Defendants. | Case No. 2:24-cv-01841-JAD-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by December 10, 2024.

IT IS SO ORDERED.

Dated: December 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1