# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OTIS LEE TANNER, *et al.*,

    Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

Case No. 2:24-cv-01841-JAD-NJK

**Scheduling Order**

[Docket No. 16]

Pending before the Court is the parties' proposed discovery plan. Docket No. 16.

In violation of Local Rule 26-1(b), the discovery plan calculates the discovery cut-off from the date of the parties' Rule 26(f) conference rather than the date the first Defendant appeared. *See* Docket No. 16 at 3. The parties fail to provide a justification for their special scheduling request.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 16. An amended discovery plan must be filed by December 16, 2024.

IT IS SO ORDERED.

Dated: December 12, 2024

                                                _____
Nancy J. Koppe
United States Magistrate Judge