# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

O.T., a Minor, by her Father and Legal Guardian, Otis Lee Tanner; Otis Lee Tanner, an Individual,

Plaintiffs

v.

Clark County School District, et al.,

Defendants

Case No.: 2:24-cv-01841-JAD-NJK

**Order Giving Plaintiff's Counsel until 12/31/24 to File Response to Motion to Dismiss**

Otis Lee Tanner brings this action on behalf of himself and his minor daughter O.T. for events that he alleges occurred while O.T. was a student in the Clark County School District. The defendants filed a motion to dismiss on October 17, 2024,[1] while Tanner was looking for legal representation. He finally found an attorney, and a notice of appearance was filed on November 27, 2024.[2] But to date, no response to the motion to dismiss has been filed, and it is long overdue. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." **IT IS ORDERED that counsel for Tanner has until December 31, 2024, to file a response to the motion to dismiss on behalf of the plaintiffs or the court will grant the motion to dismiss under Local Rule 7-2(d).**

_____
U.S. District Judge Jennifer A. Dorsey
December 17, 2024

---

[1] ECF No. 8.
[2] ECF No. 14.