1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  SAMI RANDOLPH, ESQ.
   Nevada Bar No. 7876
3  5100 West Sahara Avenue
4  Las Vegas, Nevada 89146
   Telephone: (702) 799-5373
5  Facsimile: (702) 799-7243
   Email: randosn@nv.ccsd.net
6  *Attorney for Defendants Clark County School District,*
7  *Steven Jackson, Kimberly Perry-Carter, and*
   *Clark County School District Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| O.T., a Minor, by her Father and Legal Guardian, OTIS LEE TANNER; OTIS LEE TANNER, an Individual, | Case No.: 2:24-cv-01841-JAD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY CASE [THIRD REQUEST]** |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT; STEVEN JACKSON, an Individual; KIMBERLY PERRY-CARTER, Valley High School Principal; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive, | ECF No. 27 |
| Defendants. | |

Defendants CLARK COUNTY SCHOOL DISTRICT, STEVEN JACKSON, KIMBERLY PERRY-CARTER, AND CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT (collectively "CCSD Defendants"), and Plaintiffs O.T., a minor by her father

and legal guardian OTIS LEE TANNER and OTIS LEE TANNER, an individual (collectively "Plaintiffs") by and through their respective counsel of record, hereby submit this third request to stay the instant case:

1. On August 16, 2024, Plaintiffs O.T., a minor by her father and legal guardian OTIS LEE TANNER and OTIS LEE TANNER, an individual (collectively "Plaintiffs") filed a civil action in the Eighth Judicial District Court (A-24-899923-C) against Defendants CLARK COUNTY SCHOOL DISTRICT, STEVEN JACKSON, KIMBERLY PERRY-CARTER, AND CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT (collectively "CCSD Defendants").  ECF No. 1.

2. On October 2, 2024, CCSD Defendants filed a Notice of Removal of Civil Action.  ECF No. 1.

3. On October 3, 2024, this Court entered an Order that required Plaintiffs to obtain counsel by November 4, 2024.  ECF. No. 4.

4. On October 9, 2024, CCSD Defendants filed a Motion to Extend Deadline to Respond to Complaint.  ECF No. 5.

5. On October 10, 2024, the Motion to Extend was denied and CCSD Defendants were ordered to file an answer or other responsive pleading by October 17, 2024.  ECF No. 6.

6. On October 17, 2024, CCSD Defendants filed a Motion to Dismiss.  ECF No. 8.

7. On November 4, 2024, Plaintiffs filed a Motion to Extend Time to Secure Counsel.  ECF No. 11.

8. On November 5, 2024, the Motion to Extend was granted, Plaintiffs' counsel was ordered to file a notice of appearance by November 18, 2024.  ECF No. 12.

9. On November 21, 2024, this Court ordered Plaintiffs' counsel to file a notice of appearance by November 26, 2024. The Order provided that failure to comply with the order may result in dismissal of the representative claims. ECF No. 13.

10. On November 27, 2024, Attorney Carl E.G. Arnold, Esq., filed a Notice of Appearance on behalf of Plaintiff Otis Tanner, an individual. ECF No. 14.

11. On December 3, 2024, this Court ordered the Parties to file a Joint Discovery Plan by December 10, 2024. ECF No. 15.

12. On December 16, 2024, the Parties filed an Amended Stipulated Discovery Plan and Scheduling Order. ECF No. 18.

13. On December 17, 2024, this Court entered an Order giving Plaintiffs' counsel until December 31, 2024 to file a response to CCSD Defendants' Motion to Dismiss. ECF No. 19.

14. On December 17, 2024, this Court entered an Order granting the Amended Stipulated Discovery Plan and Scheduling Order. ECF No. 20.

15. On December 31, 2024, the parties filed a joint stipulation requesting a 60 day stay of this case, including all dates and deadlines now pending – which includes Plaintiffs' deadline to submit a response to CCSD Defendants' Motion to Dismiss. ECF No. 22.

16. On January 2, 2025, this Court entered an Order granting a stay through March 2, 2025. ECF No. 23. A status report was due on or before March 3, 2025. ECF No. 23.

17. On March 5, 2025, a Stipulation and Order to Stay Case [Second Request] was filed and this Court entered an Order granting a stay through May 5, 2025. A status report was due on or before May 5, 2025. ECF Nos. 24 and 25.

18. On May 8, 2025, an Order was entered directing the Parties to file a Status Report on or before May 12, 2025. ECF No. 26.

19. Upon information and belief, during a May 12, 2025, appearance in State of Nevada v. Otis Tanner, Case No. C-23-375895-1, Defendant Tanner requested a continuance of his criminal trial currently scheduled to begin June 9, 2025. **Exhibit 1.**

20. The criminal charges against Tanner in Case No. C-23-375895-1 stem from the same August 17, 2022 events that are at issue in this civil proceeding.

21. With the criminal charges still pending, the parties have discussed but have been unable to resolve issues related to the filing of an amended complaint, the scope of discovery and/or settlement.

22. Therefore, the parties are jointly submitting a third request that this matter be stayed pending the outcome of State of Nevada v. Otis Tanner, Case No. C-23-375895-1.

23. This request is made in good faith and is not sought any improper purpose or for the purpose of delay.

IT IS SO STIPULATED.

DATED this 12th day of May, 2025.                   DATED this 12th day of May, 2025.

CLARK COUNTY SCHOOL DISTRCT                         CEGA LAW GROUP
OFFICE OF THE GENERAL COUNSEL


By: */s/ Sami Randolph*                             By: */s/ Carl E.G. Arnold*
Sami Randolph, Esq.                                 Carl E.G. Arnold, Esq.
Nevada Bar No. 7876                                 Nevada Bar No. 8358
5100 West Sahara Avenue                             770 Coronado Center Drive, Suite 100
Las Vegas, NV 89146                                 Henderson, NV 89052
*Attorney for Defendants*                           *Attorney for Plaintiffs*
*Clark County School District,*
*Steven Jackson, Kimberly Perry-Carter,*
*and Clark County School District Police Department*

# ORDER

**IT IS SO ORDERED** that in accordance with the above stipulation:

1. This case is hereby STAYED for an additional 60 days until July 11, 2025.

2. The Parties must file a Joint Status Report with the Court advising of the status of State of Nevada v. Otis Tanner, Case No. C-23-375895-1 on or before July 11, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 5/23/25

Submitted by:

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Sami Randolph*
Sami Randolph, Esq.
Nevada Bar No. 7876
5100 West Sahara Ave.
Las Vegas, NV 89146
*Attorney for Defendants*
*Clark County School District,*
*Steven Jackson, Kimberly Perry-Carter,*
*and Clark County School District*
*Police Department*