# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Otis Lee Tanner, | Case No.: 2:24-cv-01841-JAD-NJK |
| Plaintiff | |
| v. | **Order re: Unopposed Motion to Dismiss** |
| Clark County School District, et al., | |
| Defendants | |

The stipulated stay of this action expired on July 11, 2025, and this court entered a minute order[1] giving the plaintiff, Otis Lee Tanner, who is represented by Attorney Carl E.G. Arnold, Esq., until July 28, 2025, to file a response to the defendants' motion to dismiss that was filed back in October.[2] That deadline passed with no filing by the plaintiff. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." IT IS HEREBY ORDERED that **plaintiff is advised that if no response to the motion to dismiss [ECF No. 8] is filed by August 5, 2025, this court will deem that lack of response as consent to granting the motion and will dismiss and close this case.**

                                                   U.S. District Judge Jennifer A. Dorsey
                                                   July 31, 2025

---

[1] ECF No. 29.
[2] ECF No. 8.